# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

**AMY LEISE, as the Personal Representative of the Estate of Donald E. Ruch, deceased;**

    **Plaintiff,**

vs.

**THE UNITED STATES OF AMERICA,**

    **Defendant.**

**8:22CV142**

**SECOND AMENDED CASE PROGRESSION ORDER**

This matter comes before the Court on the parties' Stipulated Motion to Extend the Deposition Deadline (Filing No. 84). After review of the parties' motion, the Court finds good cause to grant the requested extension. Accordingly,

**IT IS ORDERED** that the Stipulated Motion to Extend the Deposition Deadline (Filing No. 84) is granted, and the amended case progression order is amended as follows:

1) The planning conference set for April 10, 2024, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 29, 2024**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **June 3, 2024**.

3) The deadline for filing motions to dismiss and motions for summary judgment is **July 3, 2024**.

4) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **July 3, 2024**.

5) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

6) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 4th day of April, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge