# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AMY LEISE, as the Personal Representative of the Estate of Donald E. Ruch, deceased;** | |
| **Plaintiff,** | **8:22CV142** |
| vs. | **ORDER** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

This matter is before the Court following a status conference held by telephone with counsel for the parties on February 5, 2025. Counsel have advised the Court that the parties have conferred and agreed to conduct mediation. Accordingly,

**IT IS ORDERED**:

1. Deadlines for filing motions as to summary judgement and *Daubert* based motions are stayed pending the outcome of mediation.

2. The parties shall notify the Court within 7-days of when they schedule a mediation date and shall advise the Court of the outcome of mediation within 7-days after it takes place.

3. If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines.

Dated this 5th day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge