# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **AMY LEISE, as the Personal Representative of the Estate of Donald E. Ruch, deceased;** | |
| **Plaintiff,** | **8:22CV142** |
| vs. | **ORDER** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**IT IS ORDERED** that per the Notice of Substitution (Filing No. 135) Timothy Hook and Danielle Rowley are deemed withdrawn as counsel of record for Defendant in this case. The Clerk of Court shall terminate electronic notice to Timothy Hook and Danielle Rowley in this case and shall enter Christopher Ferretti and Amanda Phillips Brown as counsel of record for Defendant.

Dated this 8th day of April, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge